UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2022
```

ABASS TOURE,

                **Plaintiff,**

-against-

CITY OF NEW YORK, ET AL.,

                **Defendants.**

**20-cv-4310 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are directed to file a joint pre-trial order on or before **February 16, 2022**.

**SO ORDERED.**

**Dated**:  January 19, 2022
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**